In the Matter of GARDEN ESTATES, INC., et al., Respondents, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Appellants.

(Argued October 4, 1934; decided October 23, 1934.)

*Paul Windels, Corporation Counsel (Seymour B. Quel* and *Paxton Blair* of counsel), for The Board of Standards and Appeals, appellants.

*Leonard Acker* for Essanarr Garage Corporation, intervener-appellant.

*Lewis M. Isaacs, M. S. Isaacs* and *I. S. Isaacs* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.